IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIM. NO.: 23-748-KWR |
| | ) |
| **SOLOMON PEÑA** | ) |
| **DEMETRIO TRUJILLO, and** | ) |
| **JOSE LOUISE TRUJILLO**, | ) |
| | |
| Defendant. | |

## NOTICE OF UNAVAILABILITY

The United States hereby gives notice to the Court and counsel for the defendants that the undersigned counsel, Patrick E. Cordova, will be unavailable and out of the country from November 9 through November 27, 2023.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney


/s/ *Patrick E. Cordova*
Patrick E. Cordova
Assistant United States Attorney
Post Office Box 607
Albuquerque, New Mexico   87102
(505) 346-7274

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 1, 2023, I filed the foregoing document electronically through the CM/ECF system, which caused the forgoing to be served on counsel of record.

/s/ *Patrick E. Cordova*
Patrick E. Cordova
Assistant United States Attorney