IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                                              Criminal No. 23-748 KWR

v.

JOSE LOUISE TRUJILLO,

    Defendant,

## ORDER VACATING SENTENCING HEARING AND RELATED DEADLINES

This matter comes before the Court on Defendant Jose Louise Trujillo ("Defendant")'s Unopposed Motion to Vacate and Reset Sentencing Hearing and Related Deadlines. Doc. 167. The Court, having reviewed the motion, noting that it is unopposed, and being otherwise fully advised in the premises, find that the motion is well-taken and will be **GRANTED**.

It is therefore **ORDERED** that Defendant's sentencing hearing, currently scheduled for July 24, 2024, and all related deadlines, are hereby vacated. Defendant's sentencing is **RESET** for **September 24, 2024 at 9:30 a.m.**

                                                      SO ORDERED

                                                      _____/S/_____
                                                      Kea W. Riggs
                                                      United States District Judge

Submitted by:

*/s/ John C. Anderson*

John C. Anderson
Holland & Hart LLP
110 N. Guadalupe St.
Suite 1
Santa Fe, NM 87501
(505) 988-4421

jcanderson@hollandhart.com

**Counsel for Defendant Jose Louise Trujillo**